Ely *v.* Ely.

*Mr. Edward Q. Keasbey,* for the appellants.

*Mr. Louis Hood,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VROOM—12

*For reversal*—None.

---

J. ADDISON ELY, respondent,

*v.*

STEPHEN D. ELY, appellant.

[Filed November 17th, 1902.]

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *50 Atl. Rep. 657.*

*Mr. James Buchanan,* for the appellant.

*Mr. John M. Dickinson,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, COLLINS, FORT, GARRETSON, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—11.

*For reversal*—DIXON, PITNEY—2.